IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                                                                      Criminal No. 18-0152
                                                                      ELECTRONICALLY FILED

      v.

JEWELL HALL, WILLIE HARRIS,
MARVIN YOUNGER, JOELLE HOLLIS,
ALLEN GREEN, MARDEJA CHAPPLE,
BRETT RODGERS,
MARSHINNEAH MANNING,
BRYAN SMITH, BALON KENNEDY,
TYREE DAVIS, CECIL HOWARD,
BRIANNE DEAN, ANTOINE DEAN, JR.,
ANTOINE DEAN, SR., MARY CEREZO,

        Defendants.

**ORDER OF COURT**

AND NOW, this 30th day of July, 2018, the Motions for Extension of Time to File Pre-Trial Motions filed by Defendants Antoine Dean, Sr. and Cecil Howard (Doc. Nos. 201 and 202) are GRANTED. It is further ORDERED that the time to file pretrial motions in this matter is hereby extended to **November 5, 2018**.

IT IS FURTHER ORDERED that **all Defendants** is this case are granted the same extension of time to file Pretrial Motions no later than **November 5, 2018**.

FURTHER that the extension of time caused by this continuance (August 3, 2018 until November 5, 2018), is deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq. Specifically, the Court finds that the ends of justice served by the granting of such extension outweigh the best interests of the public and the defendant to a speedy trial, 18 U.S.C. §3161(a)(7)(A). Failure to grant such extension would deny counsel for all the Defendants

reasonable time necessary for effective preparation, taking into account the exercise of due diligence, that the time for preparation of possible pretrial motions shall be excluded.

                                            BY THE COURT:

                                            <u>s/Arthur J. Schwab</u>
                                            Arthur J. Schwab
                                            U.S. District Court Judge